ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Spectrum Management, LLC | ) ASBCA No. 63309 |
| | ) |
| Under Contract No. N40080-16-D-0309 | ) |

APPEARANCE FOR THE APPELLANT:  Eden Brown Gaines, Esq.
　　Brown Gaines, LLC
　　Washington, DC

APPEARANCES FOR THE GOVERNMENT:  Craig D. Jensen, Esq.
　　Navy Chief Trial Attorney
　　Ann L. Giddings, Esq.
　　Kyle P. Symanowitz, Esq.
　　Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  May 5, 2023

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63309, Appeal of Spectrum Management, LLC, rendered in conformance with the Board's Charter.

Dated:  May 5, 2023

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals